**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 229 EAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ALLAN RICHARDSON, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.